# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-01065-RLV
## United States of America v. Chandler
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Open Court on 04/15/2008.

TIME COURT COMMENCED: 12:50 P.M.
TIME COURT CONCLUDED: 12:53 P.M.
TIME IN COURT: 00:3

TAPE NUMBER: 5 @ 6138
DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Daniel Caldwell representing United States of America<br>Martin M. Chandler appearing Pro Se |
| PROCEEDING CATEGORY: | Contempt Hearing; |
| MINUTE TEXT: | Hearing held regarding civil contempt warrant. Defendant has not produced documents as ordered by Judge Robert L. Vining, Jr. Court states Mr. Chandler will remain in USM custody until documents produced as directed by the District Court. |
| HEARING STATUS: | Hearing Concluded |